UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAREN JEAN ROLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-cv-01607-CDP |
| ) | |
| INSTITUTIONS OF LIFE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This closed civil rights action is before the Court on review of two filings received from self-represented Plaintiff Karen Jean Rollins on February 13 and February 26, 2026. (ECF Nos. 23-25).  Plaintiff's filings are incomprehensible and include copies of personal documents such as her passport and identification card, which have been filed under seal.

The Court dismissed this action on October 15, 2018 because it was legally frivolous. (ECF Nos. 8 and 9).  The Eighth Circuit Court of Appeals affirmed the dismissal.  (ECF No. 17).  To the extent Plaintiff's filings seek to reopen this action, she has not shown that the Court erred in dismissing this action.

Plaintiff's recent filing of memoranda and documents has expended limited judicial resources in a case that has been closed for more than seven years.  The Court will therefore prohibit Plaintiff from filing any future documents in this closed case, except for a notice of appeal or any appellate documents.

Accordingly,

–1–

**IT IS HEREBY ORDERED** that to the extent Plaintiff's filings could be construed as motions to reopen this action, they are **DENIED**.  (ECF Nos. 23 and 25)

**IT IS FURTHER ORDRED** that Plaintiff is prohibited from filing any future documents in this closed case, with the exception of a notice of appeal or appellate documents.  If Plaintiff attempts to file more documents bearing the above case caption, the Clerk shall return them to Plaintiff.

Dated this 27th day of February, 2026.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE